1  RACHAEL AGUIRRE (SBN No. 227470)
   COUNSEL
2  SCREEN ACTORS GUILD, INC.                                  JS-6
   5757 Wilshire Blvd., 8th Floor
3  Los Angeles, CA 90036-3600
   Telephone: (323) 549-6628
4  Facsimile: (323) 549-6624
   raguirre@sag.org
5
   Attorney for Petitioner
6  Screen Actors Guild, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | SCREEN ACTORS GUILD, INC., a        Case No.  CV 11-09869-JHN-CWx
      non-profit corporation on behalf of
12 | Affected Performers,

13 |           Petitioner,                **JUDGMENT**

14 | v.

15 | R.J. FILMWORKS, INC.,

16 |           Respondent.

17

18

19

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21       The regularly noticed Motion for Order Confirming Arbitration Award and

22 for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors

23 Guild, Inc. came before the Court.  Pursuant to the Order Confirming Arbitration

24 Award issued by the Court granting said Motion:

25       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment

26 be entered in this case as follows:

27

28

1.   The arbitration award in favor of Screen Actors Guild, Inc. and against respondent R.J. Filmworks, Inc., SAG Case No. 2002-0113, dated November 30, 2007, is confirmed in all respects.

2.   R.J. Filmworks, Inc. is hereby ordered to pay as follows:

   (a)   To Screen Actors Guild, Inc., on behalf of affected performer, the sum of $17,470.00;

   (b)   To Screen Actors Guild, Inc. for respondents' portion of the arbitration fees, the sum of $600;

   (c)   To Screen Actors Guild, Inc. for its attorney's fees incurred in this action, the sum of $3,200; and

   (d)   To Screen Actors Guild, Inc. for its costs incurred in this action, the sum of $350.

3. Screen Actors Guild, Inc. is hereby granted an irrevocable assignment of any monies received or to be received by R.J. Filmworks, Inc. from the worldwide exploitation, distribution, exhibition, or other use of the television motion picture known as *"Casting Couch" aka "There's No Biz Like Show Biz"* until the above sums are paid in full.

Dated:   January 17, 2012   .

_____
Jacqueline H. Nguyen
Judge of the United States District Court